UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-81113 |
| CASSINI TILE & MARBLE, INC. ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |

AMENDED MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO SELL ESTATE PROPERTY
PURSUANT TO 11 U.S.C. § 363
(Amended as indicated by underlining in introductory paragraph and Paragraph 11)

Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of Cassini Tile & Marble, Inc. ("Trustee"), hereby moves the Court to enter an order pursuant to 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 authorizing the Trustee to sell assets of the Debtor's bankruptcy estate. In support of this motion, the Trustee states as follows:

1. On July 26, 2018, the Debtor filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code.

2. The Trustee is the duly appointed, qualified and acting chapter 7 trustee of the Debtor's estate.

3. The assets of the Debtor's estate include certain personal property items located at the former business location of the Debtor at 131 31st Avenue, Rock Island, Illinois, including parts, shop equipment and furniture, as previously viewed by the Trustee and her auctioneer and further described on the attached Exhibit A ("Assets").

4. The Trustee and the landlord of the property, James E. Davies ("Davies"), have reached an agreement for Davies to purchase the Assets, for $2,500, which would be paid within fourteen (14) days of the entry of an order approving the sale. In consideration of the sale, Davies would waive any further prepetition claims or postpetition claims against the estate which may have accrued to date, including unpaid rent and storage. The prepetition rent for the site at

1

which the Assets are located is $1,700 monthly. No amounts have been paid to Davies postpetition for any rent or storage.

5. The Trustee is not aware of any security interests against the Assets, other than claims that Davies may have.

6. The Trustee believes that the price of $2,500 is fair, in consideration of the age and condition of the items, costs of an auction, unlikelihood that an auction would achieve a higher price, and waiver of any claims by Davies against the estate. The Trustee has inquired of other potentially interested purchasers and believes that the terms of the proposed sale to Davies provides the highest return to the estate in light of the above considerations.

7. The Trustee makes no warranties or representations, express or implied, as to ownership of the Assets, the condition of same or otherwise, and all items would be sold "as is" and "where is."

8. The Trustee asks that she be authorized to execute any documents necessary to transfer the Assets to Davies.

9. The Trustee believes that the sale of the Assets would be in the best interests of the Debtor's estate and its creditors.

10. The Trustee asks the Court, pursuant to Fed. R. Bankr. P. 6004(h) to make the order authorizing the sale motion effective upon entry and not subject to a 14-day stay.

11. <u>The Trustee requests that the objection date for this amended motion be set for October 30, 2018 as requested for the previous motion.</u>

WHEREFORE, the Trustee respectfully prays that the Court enter an order:

A. Authorizing the sale of the Assets to Davies for $2,500 under the terms set forth herein;

B. Authorizing the Trustee to execute any and all documents necessary to sell and transfer the Assets;

C. Providing that the order authorizing the sale Assets become effective upon entry and waiving the 14-day stay provided by Fed. R. Bankr. P. 6004(h); and

D. Granting such and further relief as the Court may deem just.

Respectfully submitted,

Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of Cassini Tile & Marble, Inc.

Dated: October 22, 2018            /s/ Jeana K. Reinbold
Jeana K. Reinbold
P.O. Box 7315
Springfield, IL 62791-7315
(217) 241-5629

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused to be served a copy of the foregoing AMENDED MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO SELL ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 363 as set forth below.

Dated: October 22, 2018            /s/ Jeana K. Reinbold
Jeana K. Reinbold

By CM/ECF:

Dale G Haake on behalf of Interested Party Jay Lundberg
dhaake@katzlawfirm.com,
vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com;hfielder@katzlawfirm.com

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Sean Michael Williams on behalf of Debtor Cassini Tile & Marble, Inc.
seanwilliams@qcbankruptcy.com, lhendley@qcbankruptcy.com

By Email:

James E. Davies
jim_davies@hotmail.com

Andrew Cassini
acassini77@gmail.com

John Doak
jdoak@katzlawfirm.com